RECEIVED
FEB 29 2016
U.S. District Court
Eastern District of MO

FILED
FEB 29 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 4:16CR0086 JMB ) |
| ANTHONY R. MARTIN, | ) ) |
| Defendant. | ) ) |

## MISDEMEANOR INFORMATION

### COUNT I

The United States Attorney charges that:

Within the special maritime and territorial jurisdiction of the United States, on or about January 6, 2016, in the City of St. Louis, Missouri in the Eastern District of Missouri,

**Anthony R. Martin,**

the defendant herein, did commit an assault on, T.L., a federal employee, by striking him.

In violation of Title 18 United States Code, Section 113(a)(5).

Respectfully submitted,

_____
Colleen C. Lang, #56872MO
Assistant United States Attorney
111 South 10th Street, Suite 20.333
St. Louis, Missouri 63102
(314) 539-2200